UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

In Re:　　　　　　　　　　　　　　　　　　　　NO. 4:04-bk-20859
**Billie Staley**
　　　Debtor,
**Jerry Turley**
　　　Movant,
Vs.　　Chapter 7
**Billie Staley**
**M. Randy Rice, Trustee**
　　　Respondents

MOTION FOR RELIEF FROM THE AUTOMATIC STAY
AND ABANDONMENT OF PROPERTY

Movant, Jerry M. Turley, by and through his attorney, Matthew M. Henry, requests this Court lift the automatic stay and abandon from the estate the following real property:

A part of the SE-1/4 of Section 18, Township 2 South, Range 11 West, Pulaski County, Arkansas, more particularly described as follows:

Beginning at a point S 86 38 58 W 1169.47 feet from the SE corner of said Section 18, the point marked by a set 1/2" rebar on the south line of said Section 18; thence continues S 86 38 58 w 1499.48 feet to a found 1" iron pipe; thence N 03 18 44 W 1309.06 feet to a set 1/2" rebar; thence N 86 38 58 E 1495.33 feet to a set 1/2" rebar; then S 03 29 39 E 1309.07 feet the point of beginning, containing 45 acres, more or less, subject to the following easement, which is the centerline description of a 50-foot wide ingress, egress drainage and utility easement: beginning at a point S 86 38 58 W 1169.47 feet and N 03 29 39 W 1273.71 feet from the southeast corner of said Section 18; thence continue N 03 29 39 W 2642.94 feet

along the centerline of a private road to a point of intersection with the centerline of Woodson Lateral Road R.O.W.

AND, in support of its Motion, Movant states as follows:

1. This Motion is filed pursuant to 11 U.S.C. § 362(d).

2. The Debtor filed a voluntary Chapter 7 Bankruptcy Petition on September 14, 2004.[1]

3. On July 7, 1995 the Debtor, Gerald Staley and Movant entered into a contract for the purchase of real property as described below:[2]

A part of the SE-1/4 of Section 18, Township 2 South, Range 11 West, Pulaski County, Arkansas.

4. The above contract is listed as an asset in the Debtors Chapter 7 Petition.

5. On March 20, 2007 the Movant filed a Petition to Quiet Title and Interpleader in the Pulaski County Circuit Court.[3]

6. On April 1, 2008, the circuit court entered an order denying Movant's petition to quiet title and granting the counterclaims for evictions and possession.

7. The Movant filed a Notice of Appeal on April 18, 2008 and on December 30, 2009, the Arkansas Court of Appeals reversed and remanded the Circuit Courts decision.[4]

8. In its opinion, the appellate court instructed the circuit court to 1.) determine the balance remaining on the contract 2.) resolve how to divide that amount between the Respondents and Gerald Staley, the Debtors ex-husband and enter an order quieting title in Movant.

9. Because Movant prevailed under a breach of contract theory, he has requested the circuit court award him his attorneys fees and costs as permitted by Ark. Code Ann. § 16-22-308.

---

[1] See Docket No. 1.
[2] Contract; Attaced as Exhibit No. 1.
[3] See Turley v. Staley, et al.; CV 2007-3807-3; Circuit Court of Pulaski County, Arkansas.
[4] Mandate; Attached as Exhibit No. 2.

10. To date, Movant has expended $13, 464.45 at the circuit court and appellate level.[5]

11. The circuit court, having agreed to take Movant's motion for attorneys fees under advisement, requested Movant file a motion for relief.

12. The circuit court should offset the balance remaining on the contract by Movant's attorneys fees paid to date as permitted by state law.

13. The stay should be lifted as the Debtor no longer retains an interest in the subject property. The circuit court is unable to comply with the appellate court's instructions while the stay remains in place.

WHEREFORE, Movant prays this Court enter an order lifting the automatic stay and abandoning the property; for his costs and attorney's fees in filing this action, and all other just and equitable relief to which he may be entitled.

Respectfully submitted,

/s/ Matthew M. Henry_____

**Matthew Henry, Bar #05167**
**300 SPRING BUILDING**
**SUITE 1015**
**501.374.0911**
**FAX: 501.374.0999**

Date: January 8, 2011         /s/ Matthew M. Henry_____
                              **Matthew Henry, Bar #05167**

CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing pleading have been served upon:
Billie Staley

---

[5] Invoice; Attached as Exhibit No. 3.

Gerald Staley

**M. Randy Rice**
U.S. Bankruptcy Trustee
523 S. Louisiana, Ste. 300
Little Rock, AR 72201-5771
(501) 374-1019

and to all creditors whose names appear on the attached modification and/or creditor matrix:

/s/ Matthew M. Henry
**THE HENRY FIRM, P.A.**